

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-15-00064-CV

In the Interest of **K.R.E.T.,** et al children,
Appellants
From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02260
Honorable Dick Alcala, Judge Presiding

## O R D E R

    Appellant's Second Motion for Extension of Time to File Brief is GRANTED. No more extensions will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court